**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

        v.

AETNA LIFE INSURANCE COMPANY,

        Defendant.

_____ /

Case No. 3:15-cv-01237 EDL

ORDER FOLLOWING CASE
MANAGEMENT CONFERENCE

At the June 16, 2015 Case Management Conference, the Court set the following case management dates.

1.    The last day to join other parties or amend the pleadings shall be July 16, 2015.

2.    Plaintiff's motion for summary judgment is due September 1, 2015.

3.    Defendant's opposition and cross-motion are due September 15, 2015.

4.    Plaintiff's opposition and reply are due September 22, 2015.

5.    Defendant's reply is due September 29, 2015.

6.    The date for hearing the cross-motions for summary judgment shall be October 20, 2015 at 2:00 p.m.

The parties agreed that no discovery deadlines or trial date should be set in this case as it is likely to be resolved by the Court on summary judgment.

Dated: June 19, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge